IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **NATASCHA MARTIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv398-MHT |
| | ) | (WO) |
| **TRANSUNION LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

Plaintiff filed this lawsuit asserting that defendant TransUnion LLC allowed another bank to access her credit report without her permission and failed to conduct a timely investigation in response to her complaints. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of January, 2024.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**